FILE COPY

DATE: 7/17/2015

RE: Case No. 15-0529

COA #: 12-13-00379-CV    TC#: 12-2467-C/B

STYLE: MARTHA N. HILL AND GARY HILL
   v. WINNON EARL SWORD

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

JUL 20 2015

TYLER TEXAS
CATHY S. LUSK, CLERK